May 14, 1971

No. 71–23  Harry A. Davis, PVT, U. S. Army v United States Army Court of Military Review.

ORDERED:
That said Petition be, and the same is, hereby denied.
(J. DARDEN would dismiss the Petition.)

No. 71–24  William E. Higdon, MSG, U. S. Army v United States and Honorable Kenneth A. Howard, COL, JAGC, Military Judge, 5th Judicial Circuit, Judicial Area III, U. S. Army.

ORDERED:
That said Petition be, and the same is, hereby denied.

(J. DARDEN would dismiss the Petition.)